IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| LUCAS WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:26cv14-MHT |
| | ) | (WO) |
| SERGIO JIMENEZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Plaintiff, who is pro se, filed this lawsuit complaining of a conspiracy to violate his right to due process. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to respond to a court order and prosecute the case. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 30th day of March, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE