IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
LUCAS WILLIAMS,              )
                            )
    Plaintiff,              )
                            )        CIVIL ACTION NO.
    v.                      )         2:26cv14-MHT
                            )            (WO)
SERGIO JIMENEZ, et al.,     )
                            )
    Defendants.            )
```

JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 12) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to prosecute and to obey a court order.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 30th day of March, 2026.

___/s/ Myron H. Thompson___
UNITED STATES DISTRICT JUDGE
